FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0122

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 24-0122

RESERVATION OPERATIONS CENTER,
LLC, a Montana Limited Liability Company,
d/b/a NATIONAL PARKS
RESERVATIONS,

    Plaintiff, Appellant, and Cross-

Appellee

v.

PAYNE FINANCIAL GROUP, INC., a
Montana Corporation; PAYNEWEST
INSURANCE, INCE., a Montana
Corporation; STATE OF MONTANA
COMMISSIONER OF SECURITIES AND
INSURANCE,

    Defendants, Appellees, and Cross-

Appellant

**ORDER**

On Appeal from the Eleventh Judicial District Court, Flathead County
Cause No. DV-15-1028-NE
The Honorable Robert B. Allison, Presiding

Plaintiff/Appellant/Cross-Appellant National Parks Reservations ("NPR")

has moved, unopposed, for a 30-day extension of time, up to and including May

10th, 2024, to file his Cross-Appellant Reply Brief, which is currently due April

10th, 2024. Good cause appearing,

IT IS SO ORDERED that NPR's motion is granted, and it may have up to and including May 10th, 2024, in which to file his Opening Brief.

Dated: _____

_____
Clerk of the Supreme Court


cc.    Carey B. Schmidt/David C. Berkoff
Maxon R. Davis
Scott M. Stearns/Thomas J. Leonard

# CERTIFICATE OF SERVICE

I, Carey Schmidt, hereby certify that I have served true and accurate copies of the foregoing Motion - Proceed Without Payment of Filing Fee to the following on 04-08-2024:


Scott M. Stearns (Attorney)
P.O. Box 9199
Missoula MT 59807
Representing: Payne Financial Group, Inc., PayneWest Insurance, Inc.
Service Method: eService

Thomas J. Leonard (Attorney)
Boone Karlberg P.C.
P. O. Box 9199
Missoula MT 59807
Representing: Payne Financial Group, Inc., PayneWest Insurance, Inc.
Service Method: eService

David C. Berkoff (Attorney)
1917 S. Higgins
Missoula MT 59801
Representing: Reservations Operations Center, LLC
Service Method: eService

Maxon R. Davis (Attorney)
P.O. Box 2103
Great Falls MT 59403
Representing: Auditor, Office of the State
Service Method: eService

Steven S. Carey (Mediator)
225 W Broadway St
P.O. Box 8659
Missoula MT 59807-8659
Service Method: E-mail Delivery


Electronically signed by Ben Yturri on behalf of Carey Schmidt
Dated: 04-08-2024